AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00177 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
| Joshua Kaleb Youngerman (AKA: n/a) | ) Assign Date: 7/21/2023 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds,
40 U.S.C. § 5104(d) - Stepping & Climbing on Any Erection or Architectural Feature on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Erica Price, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____ 07/24/2023 ____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Robin Meriweather, United States Magistrate Judge
*Printed name and title*