AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua Kaleb Youngerman (AKA: n/a)<br><br>*Defendant* | Case: 1:23-mj-00177<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 7/21/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua Kaleb Youngerman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds;
40 U.S.C. § 5104(d) - Stepping & Climbing on Any Erection or Architectural Feature on Capitol Grounds.

Date: 07/24/2023

*Issuing officer's signature*   2023.07.24 12:07:25 -04'00'

City and state:   Washington, D.C.    Robin Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/24/23, and the person was arrested on *(date)* 7/25/23
at *(city and state)* Imperial Beach, CA.

Date: 7/25/23

*Arresting officer's signature*

*Printed name and title*