UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-269 (TJK) |
| | : | |
| JOSHUA KALEB YOUNGERMAN, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION TO DISMISS COUNT ONE
OF THE SUPERSEDING INDICTMENT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to dismiss Count One of the Superseding Indictment, charging Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2), 2.

On April 10, 2024, a grand jury returned a Superseding Indictment charging the defendant, Joshua Kaleb Youngerman, with the following six offenses:

- Count One: Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512, 2

- Count Two: Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)

- Count Three: Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)

- Count Four: Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)

- Count Five: Parading, Demonstrating, and Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)

- Count Six: Stepping, Climbing, Removing, or Injuring Property on Capitol Grounds, in violation of 40 U.S.C. § 5104(d).

*See* ECF No. 24.

Federal Rule of Criminal Procedure 48(a) permits the government, "with leave of court," to "dismiss an indictment, information or complaint." Fed. R. Crim. P. 48(a). Although the rule is written in terms of the entire charging document, it also applies to individual counts. *See, e.g.*, *Thomas v. United States*, 398 F.2d 531, 537 (5th Cir. 1967) ("The right of the prosecution to move for and the court to grant dismissal of an Indictment or separate counts thereof is a hornbook principle."). When the government moves under Rule 48, the role for courts addressing Rule 48(a) motions is "narrow" and circumscribed. *United States v. Fokker Servs.*, B.V., 818 F.3d 733, 742 (D.C. Cir. 2016).

On June 28, 2024, the Supreme Court of the United States decided *Fischer v. United States*, 603 U.S. __, 144 S. Ct. 2176, 2024 WL 3208034 (June 28, 2024), vacating the D.C. Circuit's judgment and finding that "[t]o prove a violation of Section 1512(c)(2), the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or as we earlier explained, other things used in the proceeding, or attempted to do so." *Fischer*, 144 S. Ct. at 2190. The Court remanded *Fischer* to the D.C. Circuit for further proceedings and to assess the sufficiency of the indictment on that count. Based on the Supreme Court's opinion and the forthcoming proceedings in the D.C. Circuit, the government anticipates that it will need additional time to evaluate its prosecution of charges under 18 U.S.C. § 1512(c)(2).

Trial in this matter is scheduled for November 18, 2024. This trial date has been set since April 30, 2024. The parties have filed pretrial motions, and the Court is scheduled to hold a motions hearing on August 27, 2024.[1] Given the specific facts of this case and the forthcoming

---

[1] Prior to the Supreme Court's ruling in *Fischer*, the defendant moved to dismiss Count One, *see*

2

trial date, and to promote judicial economy and efficiency, the United States requests that Count One be dismissed without prejudice in the interests of justice.

For the foregoing reasons, the United States respectfully requests that the Court dismiss Count One without prejudice.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    */s/ Anthony W. Mariano*
        ANTHONY W. MARIANO
        MA Bar No. 688559
        Trial Attorney, Detailee
        Capitol Siege Section
        United States Attorney's Office
        for the District of Columbia
        601 D Street N.W.
        Washington, D.C. 20530
        (202) 476-0319
        Anthony.Mariano2@usdoj.gov

---

ECF No. 26, and the United States opposed, *see* ECF No. 36.  The defendant filed supplement briefing following *Fischer*.   ECF No. 51.