**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on June 14, 2024**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   **CRIMINAL NO. 23-CR-269 (TJK)** |
| | : |
| **v.** | :   **VIOLATIONS:** |
| | :   **18 U.S.C. § 372** |
| **JOSHUA KALEB YOUNGERMAN,** | :   **(Conspiracy To Impede or Injure Officers)** |
| | :   **18 U.S.C. § 1752(a)(1)** |
| **Defendant.** | :   **(Entering and Remaining in a Restricted** |
| | :   **Building or Grounds)** |
| | :   **18 U.S.C. § 1752(a)(2)** |
| | :   **(Disorderly and Disruptive Conduct in a** |
| | :   **Restricted Building or Grounds)** |
| | :   **40 U.S.C. § 5104(e)(2)(D)** |
| | :   **(Disorderly Conduct in a Capitol Building)** |
| | :   **40 U.S.C. § 5104(e)(2)(G)** |
| | :   **(Parading, Demonstrating, or Picketing in** |
| | :   **a Capitol Building)** |
| | :   **40 U.S.C. § 5104(d)** |
| | :   **(Stepping, Climbing, Removing, or** |
| | :   **Injuring Property on the Capitol Grounds)** |

## SUPERSEDING INDICTMENT

The Grand Jury charges that, at all times material to this Superseding Indictment, on or about the dates stated below:

### Introduction

*The 2020 United States Presidential Election and the Official Proceeding on*
*January 6, 2021*

1.    The 2020 United States Presidential Election occurred on November 3, 2020.

2.    The United States Electoral College ("Electoral College") is a group required by the Constitution to form every four years for the sole purpose of electing the president and vice president, with each state appointing its own electors in a number equal to the size of that state's

Congressional delegation.

3.      On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next president and vice president of the United States.

4.      On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate ("the Joint Session") convened in the United States Capitol ("the Capitol") building. The purpose of the Joint Session was to open, count, and resolve any objections to the Electoral College vote of the 2020 U.S. Presidential Election, and to certify the results of the Electoral College vote ("Certification of the Electoral College vote") as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15–18.

### The Attack at the U.S. Capitol on January 6, 2021

5.      The Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building.

6.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

7.      On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building for the Certification of the Electoral College vote. Vice President Michael R. Pence presided, first in the Joint Session and then in the Senate chamber.

8.      A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police

barricades onto the Capitol grounds and advanced to the building's exterior facade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol building or grounds, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

9.     Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence) were evacuated from their respective chambers. The Joint Session was halted while Capitol Police and other law-enforcement officers worked to restore order and clear the Capitol building and grounds of the unlawful occupants.

10.     Later that night, law enforcement regained control of the Capitol building and grounds. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, who had remained hidden within the Capitol building throughout these events.

11.     In the course of these events, over 100 law enforcement officers were injured. The Capitol suffered millions of dollars in damage—including broken windows and doors, graffiti, and residue from pepper spray, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order. Additionally, many media members were assaulted and had cameras and other news-gathering equipment destroyed.

### *Conspirators*

12.     JOSHUA KALEB YOUNGERMAN is a 24-year-old resident of Imperial Beach, California.

13.     Russell Taylor is a 43-year-old resident of Ladera Ranch, California.

14.     As described herein, YOUNGERMAN and Taylor conspired with each other, and with others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

## COUNT ONE

**(Conspiracy to Impede or Injure Officers,** in violation of Title 18, United States Code, Section 372)

15.     The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

16.     Between approximately December 27, 2020 and January 6, 2021, within the District of Columbia and elsewhere, the defendant, **JOSHUA KALEB YOUNGERMAN**, did conspire with others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

### Means and Methods of the Conspiracy

#### Preparing for January 6, 2021

17.     YOUNGERMAN, Taylor, and others used Telegram, an encrypted messaging

application through which users can send messages, photos, videos, and files, to share information regarding the election, and to coordinate travel for the events of January 6, 2021.

18.     Following the 2020 Presidential Election, Taylor operated a Telegram group named "The California Patriots- Answer the Call" ("Answer the Call"). On December 27, 2020, YOUNGERMAN joined the Answer the Call Telegram group.

19.     On December 27, 2020, Taylor wrote in the Answer the Call Telegram group, "For those joining, this group is for California Patriots that will be traveling to Washington DC and answering the call from President Trump to be in DC on January 6th for the 'Wild Rally." He added, "Jan 6th will be at the Capital at 12. We will attempt to meet Jan 6th in the Am as a group m. Details to follow! Please keep chatter on this thread focused on the trip." The next day, another individual asked, "Does anybody know where we'll be going?" Taylor responded, "The steps of the capital at 12." In another message on December 29, 2020, Taylor wrote to the group, "I personally want to be on the front steps and be one of the first ones to breach the doors!"

20.     On December 30, 2020, YOUNGERMAN posted in the Answer the Call group: "Please let me know the time we are meeting up on the 6th. I have about 10 people from California and we all plan to meet up with you guys and march over." YOUNGERMAN continued, "Ok so the big event starts at 10am. The one at the capital." Taylor clarified that afternoon, "If you are a Californian attending Washington DC January 6 and would like to join we have 100+ California Patriots going. Send me a dm to join our group. Spread the word to other CALIFORNIA Patriots to join us as we March into the Capitol Jan 6. The Plan right now is to meet up at two occasions and locations: 1. Jan 5th 2pm at the Supreme Court steps for a rally. (Myself, Alan, Morton, and Leigh Dundas will be speaking) 2. Jan 6th early 7am meet in front of the Kimpton George Hotel (15 E St NW) we will leave at 7:30am sharp and March (15 mins) to the Capital to meet up with

the stop the steal organization and surround the capital. There will be speakers there and we will be part of the large effort for the 'Wild Rally' that Trump has asked us all to be part of."

21.     YOUNGERMAN, Taylor, and others, used the Answer the Call Telegram group to coordinate plans to bring weapons for January 6, 2021. On December 30, 2020, YOUNGERMAN wrote to the group, "I know that in general if the blade is under 4 inches you are fine. I would definitely suggest conceal carrying it though. I'm bringing mine for self defense." Taylor responded a couple minutes later, "Check a bag. Bring more than a pocket knife."

22.     On January 1, 2021, Taylor created another Telegram group called "The California Patriots- DC Brigade" ("DC Brigade") and invited other individuals to join. YOUNGERMAN joined the group, along with more than thirty others.

23.     Taylor posted about this new group in the Answer the Call Telegram group, which YOUNGERMAN was a part of. Specifically, on January 1, 2021, Taylor posted in the Answer the Call Telegram group: "For all able bodied individuals here on this thread that are traveling to DC for Jan 6th event that are comfortable with violence I have created a separate thread within this group." He explained, "The idea is to pull from this group the warriors who will come together as we have many women in our group traveling alone." He added, "As many of us have not met before that does not mean we are not all ready and willing to be engaged in this fight. We are in DC for a reason. And we will come together for that reason! No one will intimate or threaten our first amendment right and our freedoms as an American with out a fight!" Taylor said, "Please only join this thread if you are comfortable with violence if it is brought to you." YOUNGERMAN responded approximately one minute later, "Confirmed."

24.     In the "about" section that described the purpose of the DC Brigade Telegram group, Taylor wrote: "This group will serve as the Comms for able bodied individuals that are

going to DC on Jan 6. Many of us have not met before and we are all ready and willing to fight. We will come together for this moment that we are called upon."

25.     On January 1, 2021, Taylor wrote in the DC Brigade Telegram group, "This thread is exclusive to be utilized to organize a group of fighters to have each other's backs and ensure that no one will trample on our rights. Also, if there is key intel that we need to be aware of tor possible threats." He added: "I am assuming that you have some type of weaponry that you are bringing with you and plates as well." He explained, "Initially our intent is not to go after and seek violence but primary function is preservation of our liberties and we will not be intimidated by violence against those liberties. As we are on site and events begin to unfold that may change."

26.     Taylor also posted in the DC Brigade Telegram group on January 1, 2021: "As you join please provide the following 1. Previous Law enforcement/military? What branch and specialty- 2. Special skills relevant to our endeavors- 3. Picture of yourself and name (if you are ok) so we can familiarize ourselves 4. Date and time of arrival- ." YOUNGERMAN responded with a photograph of himself and wrote, "Joshua. Will be ready for whatever is to come. No police nor military experience however have had to throw hands on multiple occasions and have a little bit of MMA training. I'll be bringing a couple knives and whatever other self defense tools I can get my hands on. I'll also be in radio. My friend is also going as well and we both plan on making sure ppl are safe." He added, "I'll be arriving on the 5th at 7:30pm."

27.     The DC Brigade Telegram group members also coordinated regarding communications for January 6, 2021. For example, on January 3, 2021, YOUNGERMAN wrote to the group, "Is there a certain CTCSS tone we need to set our radios to." Taylor identified another individual as "point on Comms." That individual responded, "No tones just 142.422 simplex." YOUNGERMAN confirmed the comms instructions multiple times.

28.     Through the Answer the Call Telegram group, YOUNGERMAN advised other group members on how to bring a variety of weapons, including tasers, brass knuckles, pepper spray, switch blades, and knives, when traveling by plane. YOUNGERMAN explained to the Answer the Call Telegram group, "I work for Alaska and Delta so we have to know all this stuff." He advised members of how to transport pepper spray without telling the airlines, writing, "Just make sure the pepper spray is under 4fl oz. and no you don't have to tell the ticket agent."

29.     On January 5, 2021, in the Answer the Call Telegram group, Taylor provided an update to the group's plan, writing, "We will now meet Jan 6 at 6:30am at the Kimpton George Hotel ( 15 E St NW, DC) and depart at 7am sharp." He added, "After Trumps event we will March up to the capital and be there to surround the capital. Please hit reply and type 'CONFIRMED'[.] This helps everyone on the thread see the information and confirm." That evening, YOUNGERMAN responded, "Confirmed."

### *January 6, 2021: Participation in the Riot at the U.S. Capitol*

30.     On the morning of January 6, 2021, YOUNGERMAN, Taylor, and other members of the DC Brigade met and walked toward the area of the Washington Monument and the Ellipse, where then-President Trump and others would be speaking. Following that rally, YOUNGERMAN and Taylor both walked to the U.S. Capitol building.

31.     As YOUNGERMAN approached the U.S. Capitol building, he observed rioters scaling the walls of the Capitol, and he turned to another individual, gesturing toward a set of stairs on the northwest side of the building and said, "Let's climb it right there." YOUNGERMAN proceeded to climb up a wall onto a set of stairs leading to the Upper West Terrace.

32.     At approximately 2:37 p.m., YOUNGERMAN entered the U.S. Capitol building through the Upper West Terrace Door. After entering through the Upper West Terrace Door,

YOUNGERMAN moved toward the Rotunda. After encountering chemical munitions in the Rotunda, YOUNGERMAN ultimately turned around and exited through the Upper West Terrace Door at approximately 2:39 p.m.

33.     Taylor, carrying a knife in the front chest pocket of his plate carrier vest, also breached Capitol grounds on January 6, 2021. Specifically, at approximately 2:30 p.m., Taylor, with another individual, joined rioters on the Inaugural Stage on the Lower West Terrace of the Capitol. Below him, Taylor observed a line of law enforcement officers attempting to keep the crowd behind a police line on a lower level of the West Terrace. Taylor, seeing the crowd push against that police line, and seeing officers under assault, yelled, "Move forward, Americans! Americans, move forward!" When Taylor observed the police line below breaking, he yelled, "Now's your chance! Move back!" Taylor, turned to the officers a few feet away from him, who were trying to keep the rioters from moving toward the Upper West Terrace and U.S. Capitol building, and yelled, "Last chance boys. Move back!" Taylor then joined a group of rioters pushing past law enforcement officers, moved up the stairs onto a structure erected for the Inauguration, and continued moving on to the Upper West Terrace.

34.     After the crowd had overrun police lines and broken into the Capitol building, YOUNGERMAN and Taylor stood together on bleachers overlooking the Inaugural Stage and the West front of the Capitol and observed the crowd below.

35.     On the evening of January 6, 2021, YOUNGERMAN messaged the Answer the Call Telegram group and asked, "Is anyone still at the capital to get an update on what's going on?" Another individual responded, "Crowd shouting TRAITORS to DC police." Another individual added, "Just got gassed out." YOUNGERMAN responded, "We are going to come back and fight with you guys. The media is making us look really bad rn." YOUNGERMAN added,

"Guys remember something cause the news is trashing us. Remember this. The constitution was created to give the PEOPLE the power. When the government steps out of line WE THE PEOPLE put them in check. The only reason this made not seem right is because it's been many years since this last happened. Also the difference between us and the other side is that we are taking the fight to those in charge." Taylor also wrote to the same group, "WE STORMED THE CAPITAL! Freedom was fully demonstrated today!"

36.     Later that evening, Taylor wrote to the Answer the Call Telegram group, "[P]atriots took the capital and stormed it." YOUNGERMAN wrote to the same group, "I don't care what people say…. I hope the fight continues. It started today. I hope those not leaving tomorrow continues to fight." He added, "It was an honor to be fighting on the front line will all you guys today. And I don't plan on stopping even when I return home." He concluded, "This is the start of War. Bless all Patriots and let's take back America."

## COUNT TWO

Paragraphs 1 through 14 and Paragraphs 17 through 36 of this Superseding Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **JOSHUA KALEB YOUNGERMAN** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

Paragraphs 1 through 14 and Paragraphs 17 through 36 of this Superseding Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **JOSHUA KALEB YOUNGERMAN** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FOUR

Paragraphs 1 through 14 and Paragraphs 17 through 36 of this Superseding Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **JOSHUA KALEB YOUNGERMAN** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

11

## COUNT FIVE

Paragraphs 1 through 14 and Paragraphs 17 through 36 of this Superseding Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **JOSHUA KALEB YOUNGERMAN** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

## COUNT SIX

Paragraphs 1 through 14 and Paragraphs 17 through 36 of this Superseding Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **JOSHUA KALEB YOUNGERMAN** stepped on, climbed on, removed, and in any way injured a statue, seat, wall, fountain, and other erection and architectural feature, and any tree, shrub, plant, and turf, in the United States Capitol Grounds.

(**Stepping, Climbing. Removing, or Injuring Property on Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(d))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

12